**HARD v. TRY-ME BOTTLING CO.**

No. 7753.

United States Court of Appeals for the District of Columbia.

Decided Oct. 20, 1941.

Thomas M. Baker and Milton Conn, both of Washington, D. C., for appellant.

Joseph C. McGarraghy, of Washington, D. C., for appellee.

Before MILLER, VINSON and EDGERTON, Associate Justices.

PER CURIAM.

In view of the pleadings and the evidence as disclosed by the record in this case, the trial court should have granted appellant's request for an instruction upon the doctrine of the last clear chance.

Reversed.